# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Quicken Loans, Inc., <br> *Plaintiff* <br> v. <br> Joseph Trizzino, Individually and as the Personal Representative of the Estate of Thomas G. Trizzino, <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 8:17-cv-02154-DCC <br> ) <br> ) <br> ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

■ the plaintiff Quicken Loans, Inc. recover from the defendant, Joseph Trizzino, in the amount of Ninety-Six Thousand, Seven Hundred and Forty-Nine dollars, and ($96,749.69), plus interest in the amount of 3.375% from December 27, 2017 through date of entry of this judgment.

This action was *(check one)*:
❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Donald C. Coggins.

Date:  February 14, 2018                                              *ROBIN L. BLUME, CLERK OF COURT*

                                                                                          s/Ashley Buckingham
                                                                                 *Signature of Clerk or Deputy Clerk*